# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OI LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHAY BANK, a foreign bank corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:25-cv-02186-KKE<br><br>**ORDER FOR DISMISSAL** |

Based on the stipulation of the parties, the Court hereby ORDERS that this action is DISMISSED without an award of costs or attorneys' fees to any party.

Plaintiff's claims are dismissed with prejudice. The claims of others similarly situated to Plaintiff, if any, are dismissed without prejudice.

The Clerk of the Court is directed to close this case administratively.

DATED this 7th day of January, 2026.

*/s/ Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER FOR DISMISSAL - 1

No. 2:25-cv-02186-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Presented by:

| **EMERY | REDDY, PC** | **GORDON REES SCULLY MANSUKHANI, LLP** |

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery | Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiff*

By: */s/ Eliza Whitworth*
Nicole E. Demmon, WSBA No. 45322
Eliza Whitworth, WSBA No, 52322
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email: ndemmon@grsm.com
Email: ewhitworth@grsm.com

*Attorneys for Defendant*

ORDER FOR DISMISSAL - 2

No. 2:25-cv-02186-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711